# PETER J. BATALLA, JR.

ATTORNEY AT LAW
888 GRAND CONCOURSE
SUITE 1N
BRONX, NEW YORK 10451
TEL: (718) 585-2233
FAX: (718) 585-8640
EMAIL: BATALLA@BATALLALAW.COM

December 12, 2025

Honorable Judge Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York   10601

> **Re:    United States vs. Jose Manuel Colon**
> **Case # 24-CR-00396-CS**

Dear Hon. Judge Seibel:

This office represents Jose Manuel Colon with respect to the above captioned matter. When Mr. Colon was originally arrested, he was required to surrender his passport to the U.S. Marshall as a condition of bail.  In light of the Defendant being sentenced and conditions of bail no longer required, we respectfully request that the Court issue an order authorizing the U.S. Marshall to release said passport.

I have also contacted AUSA Ben Arad who has no objection to my request. Therefore, we respectfully request that the court issue an Order releasing Mr. Colon's passport accordingly.

Respectfully submitted,

Peter J. Batalla

PJB:mj
cc:  AUSA Ben Arad

The office holding Mr. Colon's passport (whether the Marshals, Pretrial Services or the U.S. Attorney) shall release it to Mr. Batalla or his designee.

SO ORDERED.

_Cathy Seibel_                    12/15/25
CATHY SEIBEL, U.S.D.J.